UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM SCOTT DAVIS, JR., | Civil No. 22-2854 (JRT/DLM) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| JARED RARDIN, Warden F.M.C. Rochester MN; MERRICK GARLAND, U.S.A.G.; and A Director F.B.O.P., | |
| Respondents. | |

William Scott Davis, Jr., Reg. No. 84944-083, FMC Mental Health, PO Box 4600, Rochester, MN 55903, *pro se* petitioner.

Ana H Voss, Kristen Rau, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 S 4th St Ste 600, Minneapolis, MN 55415, for respondent.

United States Magistrate Judge Douglas L. Micko filed a Report and Recommendation on January 19, 2024. (ECF No. 134.) No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 134) is **ADOPTED**;

2. Petitioner William Scott Davis, Jr.'s Amended Petition (ECF No. 42) seeking federal habeas corpus relief is **DENIED**;

3. Mr. Davis's Motion (ECF No. 54) brought under 28 U.S.C. § 2255 is **DENIED**; and

4.   Mr. Davis's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 62) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 27, 2024
at Minneapolis, Minnesota                    _____s/John R. Tunheim_____
                                                            JOHN R. TUNHEIM
                                                            United States District Court